Opinion filed March 11,
2010 

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                     Nos. 11-10-00060-CR, 11-10-00061-CR, &
11-10-00062-CR

                                                     __________

 

                               ISMAEL
VILLARREAL, JR., Appellant

 

                                                             V.

 

                                       STATE
OF TEXAS, Appellee



 

                                  On
Appeals from the 104th District Court

 

                                                            Taylor
County, Texas

 

                               Trial Court Cause Nos. 16,732-B,
17,243-B, & 17,244-B

 



 

                                            M
E M O R A N D U M    O P I N I O N 

            On
February 24, 2010, Ismael Villarreal, Jr. filed in this court three pro se
notices of appeal challenging the trial court’s denial of his motions to
suppress.  The clerk of this court notified appellant in writing that it did
not appear that this court had jurisdiction and directing appellant to respond
showing grounds for continuing these appeals.  Appellant has filed written
responses.

            In
his responses, appellant challenges the affidavits supporting the warrants he
moved to suppress and does not address this court’s jurisdictional concerns.  We
note that the notices of appeal were not properly filed and that appealable
orders have not yet been entered. Tex.
R.  App. P. 25.2(c)(1). 


The
appeals are dismissed for want of jurisdiction.

 

 

                                                                                    PER
CURIAM

 

March 11, 2010

Do not publish.  See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.